IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGIES CORP., *Plaintiff*, | § § § § |
| vs. | § § § |
| ATLASSIAN US, INC., *Defendant/Counterclaim-Plaintiff.* | § § § § |

Case: No. 1:22-00824-DAE

### ORDER GRANTING DISMISSAL OF CLAIMS

The Court has before it a joint stipulation of dismissal filed on January 25, 2024, by Align Technologies Corp. and Atlassian US, Inc. (Dkt. # 52.) After consideration, the Court is of the opinion that such Notice is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the individual claims brought by Plaintiff/Counterclaim-Defendant Align Technologies Corp. are **DISMISSED WITH PREJUDICE**. All counterclaims filed by Defendant/Counterclaim-Plaintiff Atlassian US, Inc. **are DISMISSED WITHOUT PREJUDICE.**

The Clerk is **INSTRUCTED TO CLOSE THE CASE**.

Dated: March 5, 2024

_____
David Alan Ezra
Senior United States District Judge